Case 04-74814   Doc 58   Filed 08/29/08   Entered 08/29/08 08:26:45   Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHARLENE A. ALLEN  
5401 BENNETT STREET   SSN-xxx-xx-1175  
LOVES PARK, IL  61111

Case Number: 04-74814

Case filed on: 9/28/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,920.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CHARLENE A. ALLEN | 0.00 | 0.00 | 420.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 420.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 022 | AARON'S RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AARON'S RENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BRIAN F. SOLTYS, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CARLYLE AUTO SALES | 2,409.72 | 2,409.72 | 311.80 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDICHECK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EAGLE FOOD CENTERS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MIDWEST TITLE LOANS | 884.86 | 884.86 | 114.50 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 630.77 | 630.77 | 81.62 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 275.00 | 275.00 | 35.59 | 0.00 |
| 018 | ILLINOIS STUDENT ASSISTANCE COMM | 3,431.74 | 3,431.74 | 444.05 | 0.00 |
| 019 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | UNIFUND CCR PARTNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CHECK IT | 652.00 | 652.00 | 84.36 | 0.00 |
|  | Total Unsecured | 8,284.09 | 8,284.09 | 1,071.92 | 0.00 |
|  | Grand Total: | 15,148.09 | 15,148.09 | 8,355.92 | 0.00 |

Total Paid Claimant:   $8,355.92  
Trustee Allowance:    $564.08          Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:  12.94          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan